# In the United States District Court
Western District Of Arkansas
_HARRISON_ Division

__MICHAEL H. FORD__

*(In the space above enter your full name and Prison ID Number, if any. **Do not include your Social Security Number**).*

-against-

(Sheriff) JOHN MONTGOMERY
(Deputy) TABITHA MAZE
(APP.) JEFF〤TATE

*(In the space above enter the full name of each Defendant)*

Case No. 3:25-cv-03008
(To be filled out by Clerk's Office only)

# COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

---

## I. PLAINTIFF INFORMATION

Michael Howard Ford
Name (First, Middle, Last)              Aliases

n/a
Prisoner ID #, if any

Baxter County Detention Center
Place of Detention or Incarceration

800 Elm St. Mountain Home AR 72653
Address *(If detained, facility address)*

Baxter   Mountain Home AR           72653
County, City                State           Zip Code

## II. PRISONER STATUS

*Check all boxes that apply to you:*

☒ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☐ Other. Explain.

_____
_____

## III. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:   Montgomery  John
Name (Last, First)

Sheriff
Current Job Title

904 Hwy 62 W
Current Work Address

Baxter  Mountain Home AR    72653
County, City         State       Zip Code

Defendant 2:   Tabitha Maze
Name (Last, First)

Jail Administrator
Current Job Title

904 Hwy 62 W
Current Work Address

Baxter Mountain Home AR 72653
County, City     State     Zip Code

Defendant 3:  Tate Jeffery
Name (Last, First)

P.P.A
Current Job Title

904 Hwy 62 W
Current Work Address

Baxter Mountain Home AR 72653
County, City     State     Zip Code

Defendant 4: 
Name (Last, First)

Current Job Title

Current Work Address

County, City     State     Zip Code

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.  **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.).  If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.  **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Baxter County Detention Center

Date(s) of occurrence: December 6th 2024 to Current

Name of Each Defendant Involved:

Sheriff - John Montgomery
Jail admin - Tabitha Maze
PPA - Jeffrey Tate

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Due process clause of the 8th and 14th amends. delay in medical matters, do to... deliberate Indifference to serious medical needs

*State here briefly the **FACTS** that support your case.  Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: [What happened to you?] Plaintiff was inducted into the (BCDC) Baxter Co. Detention Center on 12/06/2024 I completed a medical intake form I have a visiable disability i.e. stroke related paralysis to Right side, loss of function right arm and Leg, at all times Relevant to this complaint I was forced to lay down or

**Who did what?**

**How were you injured?**

Sleep on concrete floor or on steel bunk with no mattress, Resulting in great pain to my Legs, Hips, shoulders, back and Neck, for _____ weeks. My complaints were taken as frivilous by Tabitha Maze, and Jeffrey Tate. Sheriff John Montgomery was aware of the no mattress Policy preference from Prior Law Suits but did nothing to improve conditions. I do consider this act and omission by defendants as an impermissable form of punishment by defendants, et al., entitling me to the relief sought. I was issued a mattress on 1/30, but doesn't make up for previous pain, suffering.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☒ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

**Claim Number 2:**

Place(s) of occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| What happened to you? | _____ |
| Who did what? | _____ |
| How were you injured? | _____ |

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☒ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☐ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

_____
_____
_____
_____
_____
_____

**Claim Number 3:**

Place(s) of occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| What happened to you? | |
| Who did what? | |
| How were you injured? | |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☐ Both Official and Individual capacity

***If you are asserting an official capacity claim,*** *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking*:

- [x] Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- [x] Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- [x] Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

1. Plaintiff seeks compensatory damages in the sum of $25,000 dollars for suffering more pains and punishments that Law allows.

2. Plaintiff seeks punitive damage be decided by a civil Jury at trial.

3. Plaintiff seeks any further relief this court deems equitable and fair.

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?   ☐ Yes   ☒ No

    If yes, how many? _____

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?   ☐ Yes   ☒ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____
_____
_____
_____
_____

## VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

01/27/25
Dated

Michael H. Ford
Plaintiff's Signature

Michael H Ford
Printed Name (First, MI, Last)

n/a
Prison Identification #, if any.

800 Elm St
Prison Address

Mountain Home
City

AR
State

72653
Zip Code

Michael Ford
800 Elm St (BCD(?))
Mountain Home, AR 72653

NW ARKANSAS AR 727
30 JAN 2025 PM 1 L



Office of the Clerk
35 E Mountain Room 510
Fayetteville, AR 72701

Received WD/AR

FEB 04 2025

U.S. Clerk's Office

72701-535335

VP BX 58

Michael Ford