IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL HOWARD FORD                                                                PLAINTIFF

v.                    Civil No. 3:25-cv-03008-CDC

SHERIFF JOHN MONTGOMERY,
Baxter County, Arkansas; JAILER
TABITHA MAZE, Jail Administrator,
Baxter County Detention Center (BCDC); and
PPA JEFFERY TATE, BCDC                                                             DEFENDANTS

**ORDER**

TO:  Sheriff John Montgomery
     Baxter County, Arkansas
     904 Hwy. 62 SW
     Mountain Home, AR 72653

Plaintiff, Michael H. Ford, has advised the Court (ECF No. 5) that he is having difficulty obtaining a completed certificate of account from detention center employees. Sheriff Montgomery you are asked to assist Mr. Ford in obtaining the completed certificate of account. The completed certificate should be returned to the Court by **April 1, 2025**.

The Clerk is directed to send this Order to Sheriff Montgomery by certified mail, return receipt requested. The Clerk is also directed to send the Sheriff and the Plaintiff blank certificate of account forms.

IT IS SO ORDERED this 11th day of March 2025.

*s/ Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

1