IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**MICHAEL HOWARD FORD**                                              **PLAINTIFF**

V.                          **CASE NO. 3:25-CV-3008**

**SHERIFF JOHN MONTGOMERY,**
Baxter County, Arkansas;
**JAILER TABITHA MAZE,** Jail Administrator,
Baxter County Detention Center (BCDC);
and **PPA JEFFERY TATE,** BCDC                        **DEFENDANTS**

## ORDER

       Comes on for consideration the Report and Recommendation ("R&R") (Doc. 21) filed in this case on June 5, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

       **IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

       **IT IS SO ORDERED** on this 25th day of June, 2025.

                                         */s/ Timothy L. Brooks*
                                         TIMOTHY L. BROOKS
                                         UNITED STATES DISTRICT JUDGE